425 A.2d 23

Commonwealth v. Love, Appellant.

Submitted March 23, 1979.  Lynne Miller, Assistant Public Defender, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed and the Commonwealth ordered to amend the location of the crime as stated in the information.